516 A.2d 1384

**HOFFMAN SEEDS, INC., Appellant**

**v.**

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued Oct. 24, 1986.

Decided Nov. 12, 1986.

Robert W. Hallinger, Lancaster, for appellant.

LeRoy S. Zimmerman, Atty. Gen., Michael A. Roman, Deputy Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

### ORDER

PER CURIAM.

Order affirmed.